IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-00646-WYD-CBS

CONTRADA, INC.,
a Colorado corporation,

      Plaintiff,

v.

ROBIN L. PARSLEY; and
N SKY LIVING, INC.,
a Texas corporation,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      THIS MATTER IS set for a Settlement Conference on February 9, 2011.  The court having reviewed the settlement statements submitted by the parties and the positions expressed therein concludes that a settlement conference would not be productive at this time.  Accordingly,

      IT IS ORDERED that the February 9, 2011, settlement conference is VACATED.

      IT IS FURTHER ORDERED that Defendant's Motion for Entry of Protective Order (*doc. # 44*) is DENIED as moot.  The purpose of the protective order was to facilitate the exchange of documents in advance of the settlement conference.  As the court has determined that a settlement conference would not be helpful, there is no need for a protective order.

**DATED:**      February 7, 2011