IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00646-WYD-CBS

CONTRADA, INC., a Colorado corporation,

    Plaintiff,

v.

ROBIN L. PARSLEY; and
N SKY LIVING, INC., a Texas corporation,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Summary Judgment, filed April 14, 2011 [ECF No. 52] is **STRICKEN** with leave to refile in compliance with this Court's Practice Standards, specifically section III.B.3.  The exhibits need not be resubmitted.

    Dated:  April 14, 2011.