IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-00646-WYD-CBS

CONTRADA, INC., a Colorado corporation,

    Plaintiff,

v.

ROBIN L. PARSLEY; and
N SKY LIVING, INC., a Texas corporation,

    Defendants.

### ORDER PERMITTING FURTHER DISCOVERY IN RESPONSE TO SUMMARY JUDGMENT MOTION

THIS MATTER comes before the Court on Defendant Robin L. Parsley's Verified Motion and Declaration of Paul Hultin In Support of Further Discovery in Response to Plaintiff's Summary Judgment Motion.  The Court has carefully considered the Verified Motion, and Plaintiff's response in opposition, and the file in this case, and concludes that good cause exists pursuant to Federal Rule of Civil Procedure 56(d) for granting the Verified Motion and allowing Defendant to conduct further discovery before responding to Plaintiff Contrada, Inc.'s Motion for Summary Judgment.

Accordingly, it is hereby

ORDERED that the Defendants' Verified Motion and Declaration of Paul Hultin In Support of Further Discovery in Response to Plaintiff's Summary Judgment Motion to Extend Scheduling Order Deadlines [ECF Doc. #56], filed April 29, 2011, is **GRANTED.**

It is

FURTHER ORDERED that Defendants will respond to Plaintiff's Summary Judgment Motion not later than **Monday, August 1, 2011.**

Dated: May 6, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge