## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:**  10-cv-00646-WYD-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:**  June 15, 2011 | **Courtroom Deputy:**  Linda Kahoe |

CONTRADA, INC.,                                              Anthony L. Leffert

    Plaintiff/Counter Defendant,

    v.

ROBIN L. PARSLEY,                                   Christopher P. Montville

    Defendant/Counter Claimant,

N SKY LIVING, INC.,

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:**     1:23 p.m.
Court calls case. Appearances of counsel.

Discussion and arguments regarding Motion to Quash Subpoenas to Giada, LLC and Clear Lake, LLC, doc #[65], filed 6/7/2011.

Mr. Leffert presents arguments.

Mr. Montville presents arguments.

For the reasons as stated on the record, it is:

**ORDERED:** Motion to Quash Subpoenas to Giada, LLC and Clear Lake, LLC, doc #[65], is **GRANTED WITHOUT PREJUDICE**. The court interprets the Motion to be a Motion to "modify" subpoenas. As such, Giada, LLC and Clear Lake, LLC are not required to respond to items 6, 7, and 8. The Motion is granted without prejudice to Mr. Parsley's ability to serve a properly drafted subpoena that is narrowly targeted and reasonably limited to that portion of items 6, 7, and 8 that is appropriate.

>Given the shortcomings in the Motion to Quash, the factual deficiencies, and Mr. Leffert's failure to properly confer under Rule 7.1A, the court will not award fees and costs. The court puts counsel on notice to draft better subpoenas.

HEARING CONCLUDED.

**Court in recess**:   2:11 p.m.
Total time in court:   00:48

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.