**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 10-cv-00646-WYD-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** September 6 2011 | **Courtroom Deputy:** Laura Galera |

CONTRADA, INC.,                                      Anthony L. Leffert

    Plaintiff/Counter Defendant,

    v.

ROBIN L. PARSLEY,                              Christopher P. Montville

    Defendant/Counter Claimant,

N SKY LIVING, INC.,

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING/FINAL PRETRIAL CONFERENCE**
**Court in session:** 7:58 a.m.
Court calls case. Appearances of counsel.

Discussion and argument regarding Motion to Strike Contrada, Inc.'s Reply to Defendant's Response to Motion for Summary Judgment doc #[78].

Counsel review the proposed final pretrial order with the court.

For the reasons as stated on the record, it is:

**ORDERED:** Motion to Strike Contrada, Inc.'s Reply to Defendant's Response to Motion for Summary Judgment doc #[78] is DENIED. Defendant may file a sur-response which is limited to the documents that are the subject of the Motion to Strike Contrada, Inc.'s Reply to Defendant's Response to Motion for Summary Judgment doc #[78]. Defendant's sur-response is due no later than the close of business on **September 9, 2011.**

**ORDERED:** The Final Pretrial Order is signed and entered with interlineations.

HEARING CONCLUDED.

**Court in recess**: 8:55 a.m.

Total time in court:     00:57

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.