UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-00646-WYD-CBS

CONTRADA, Inc., a Colorado corporation,
    Plaintiff,
v.

ROBIN L. PARSLEY, and
N SKY LIVING, INC., a Texas corporation,
    Defendants.

---

ORDER ON ROBIN L. PARSLEY'S UNOPPOSED MOTION TO RESTRICT ACCESS

---

Magistrate Judge Craig B. Shaffer

    THIS MATTER comes before the court on Defendant "Robin L. Parsley's Unopposed Motion to Restrict Access" (filed March 23, 2012) (Doc. # 102). Pursuant to the Order of Reference dated March 23, 2010 (Doc. # 2) and the memorandum dated March 23, 2012 (Doc. # 103), this matter was referred to the Magistrate Judge. The court has reviewed the Motion, the entire case file, and the applicable law and determines that the requirements of D.C.COLO. LCivR 7.2 have been satisfied and that circumstances require immediate restriction.

    Accordingly, IT IS ORDERED that Defendant "Robin L. Parsley's Unopposed Motion to Restrict Access" (filed March 23, 2012) (Doc. # 102) is GRANTED and access to Exhibit B (Doc. # 101-2) and Exhibit D (Doc. # 101-4) to Mr. Parsley's Response to Motion to Quash Subpoena shall be RESTRICTED, Level 1, with access limited to the parties and the court.

    Dated at Denver, Colorado this 23rd day of March, 2012.

                                              BY THE COURT:

                                              s/Craig B. Shaffer
                                              United States Magistrate Judge