**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 10-cv-00646-WYD-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** April 11, 2012 | **Courtroom Deputy:** Robin Mason |

CONTRADA, INC.,                          Anthony L. Leffert

    Plaintiff/Counter Defendant,

    v.

ROBIN L. PARSLEY,                        Christopher P. Montville

    Defendant/Counter Claimant,

N SKY LIVING, INC.,

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:**   3:43 p.m.
Court calls case. Appearances of counsel.

The court addresses the parties regarding MOTION to Quash Subpoenas to Produce Documents Directed to Ronald J. Sommers as Trustee (Docket No. 97, filed on 3/21/2012) and MOTION for Leave to Serve a Subpoena (Docket No. 99, filed on 3/21/2012).

Discussion regarding documents counsel for the defendant is seeking from the trustee, Rule 26(e), seeking relief under Rule 16, notifying opposing party before serving subpoena under Rule 45, Rule 26(c), discovering non-privileged documents and privacy under Rule 26(b)(1), Rule 501, Rule 16(b), the amended request for production (Exhibit 4, No. 8 & 9), serving subpoenas under Rule 45(b)(1), Rule 45(c)(3)(a), Rule 34, and Rule 37(c).

**ORDERED:** For reasons as stated on the record, the court **GRANTS** the MOTION to Quash Subpoenas to Produce Documents Directed to Ronald J. Sommers as Trustee (Docket No. 97, filed on 3/21/2012) and **DENIES** the MOTION for Leave to Serve a Subpoena (Docket No. 99, filed on 3/21/2012)

HEARING CONCLUDED.

**Court in recess:**    **5:12 p.m.**
Total time in court:    01:29

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.