IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-00646-WYD-CBS

CONTRADA, INC., a Colorado corporation,

    Plaintiff,

v.

ROBIN L. PARSLEY; and
N SKY LIVING, INC., a Texas corporation,

    Defendants.

## ORDER

For the reasons stated on the record at the Trial Preparation Conference on May 16, 2012, and in Defendant Robin L. Parsely's Proposed Changes to Final Pretrial Order, filed May 14, 2012, the following counterclaims shall be <u>eliminated</u> from the Final Pretrial Order entered September 6, 2011 [ECF No. 87]:

- Civil Conspiracy;
- Intentional Interference with Contract and Prospective Business Relations; and
- Breach of the Covenant of Good Faith and Fair Dealing.

Dated:  May 16, 2012

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge